IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*(Electronically Filed)*

| | |
|---|---|
| PEGGY LOVELESS, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:21-cv-00063-JMS-DML |
| NOVOLEX HOLDINGS, INC. and Its Brand, HILEX POLY CO. LLC | ) |
| Defendant. | ) |

Dismissal with prejudice acknowledged [34].
JMS, DJ 3/1/22
Distribution via ECF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Peggy Loveless and Defendant Novolex Holdings, Inc. and Its Brand Hilex Poly Co. LLC, being all parties who have appeared in this civil action, hereby stipulate, as evidenced by the signatures below, that the above-styled civil action should be dismissed in its entirety, with prejudice, and without an award of fees or costs of any type whatsoever to any of the parties.

**IT IS SO STIPULATED** this 25th day of February, 2022.

*/s/ Paul J. Cummings (w/permission by PEG)*
Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
1634 W. Smith Valley Road, Suite B
Greenwood, Indiana 46142
Telephone: (317) 885-0041
Facsimile: (317) 308-6503
E-Mail: Paul.Cummings@hhcplaw.com

COUNSEL FOR PLAINTIFF

*/s/ Paul E. Goatley*
Todd B. Logsdon
Paul E. Goatley
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, KY 40202
Telephone: (502) 561-3985
Facsimile: (502) 561-3991
Email: tlogsdon@fisherphillips.com
Email: pgoatley@fisherphillips.com

COUNSEL FOR DEFENDANT

FP 43304934.1